AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
October 23, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____CM_____
DEPUTY

United States of America
v.

Lwigi Alvarez-Vazquez

*Defendant(s)*

Case No. SA-25-MJ-1468

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of October 22, 2025 in the county of BEXAR in the WESTERN District of TEXAS, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 922(g)(5) | Alien in Possession of Firearm |

Penalty: Max is 15 years imprisonment, up to $250,00 fine, up to 3 years supervised release; and $100 mandatory assessment fee.

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

NOEL N QUINONES JR
Digitally signed by NOEL N QUINONES JR
Date: 2025.10.23 08:54:26 -05'00'

*Complainant's signature*

Noel Quinones, SA HSI
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: October 23, 2025

*Judge's signature*

City and state: San Antonio, Texas     Richard B. Farrer, US MAGISTRATE JUDGE
*Printed name and title*

Being duly sworn, I declare that the following is true and correct to the best of my knowledge:

My name is Noel Quinones, and I am a Special Agent with Homeland Security Investigations (HSI). I have been employed by HSI since March 9, 2021. I am authorized by the United States Department of Homeland Security to enforce the Immigration Laws and Regulations of the United States, or any other Laws or Regulations designated by the Attorney General or his successor, the Secretary of the Department of Homeland Security.

On or about October 22, 2025, Lwigi ALVAREZ Vazquez (hereafter ALVAREZ) came to HSI attention via a confidential informant (CI). HSI received information ALVAREZ was a native and citizen of Mexico unlawfully present in the United States in possession of firearms and had firearms for sale.

Your affiant conducted immigration history and criminal history inquiries and determined ALVAREZ to be an alien illegally present within the United States with assigned Alien Registration Number A-XXX-XXX-733 and who had been previously arrested for administrative immigration violations and removed to Mexico on five prior occasions, most recently on May 25, 2023. There was no indication in DHS records ALVAREZ applied for or received legal permission to re-enter, pass through, or remain in the United States.

HSI introduced an undercover agent (UCA) to purchase firearms from ALVAREZ. On October 22, 2025, the HSI UCA met with ALVAREZ in the 800 block of Northwest Loop 410 in San Antonio, Texas, 78216 which is located within the Western District of Texas, to purchase a rifle. HSI UCAs purchased 2 firearms from ALVAREZ. ALVAREZ was arrested without incident for violation of Title 18 U.S. Code Section 922(g)(5) Illegal Alien in Possession of Firearm or ammunition and administrative violation of U.S. immigration law. ALVAREZ was subsequently transported to the HSI office in San Antonio, TX for processing.

The two firearms possessed by ALVAREZ were:

Smith and Wesson model M&P15 (AR-15) rifle caliber .223 Serial Number TS11723

Palmetto State Armory (PSA) model AK-RD (AK-47) rifle caliber 7.62x39 Serial Number AKRD000645

At the HSI office, ALVAREZ's fingerprints were enrolled and submitted through immigration and FBI databases, which verified his identity. The databases checks confirmed that ALVAREZ is a citizen or national of Mexico with assigned Alien Registration Number A-XXX-XXX-733 with no legal immigration documents to be present in the U.S. Immigration databases revealed that ALVAREZ has been arrested for administrative immigration violations and removed from the United States, on five prior occasions most recently on May 25, 2023. The immigration database checks further revealed that ALVAREZ has not been granted permission to reapply for admission from the Attorney General of the United States, or his successor, the Secretary for Homeland Security of the United States after his removals.

The markings on the Smith and Wesson M&P15 rifle indicate it was manufactured in the state of Massachusetts and the markings on the Palmetto State Armory AK 47 rifle indicate it was manufactured in the state of South Carolina. Your affiant is aware the Smith and Wesson M&P15 (AR-15) rifle caliber .223 Serial Number TS11723 and the Palmetto State Armory (PSA) AK-RD (AK-47) rifle caliber 7.62x39 Serial Number AKRD000645 are firearms as defined in Title 18, United States Code (USC), Chapter 44, Section 921(a)(3) and were not manufactured in the State of Texas and therefore, they have travelled in interstate and/or foreign commerce.

Based on the foregoing facts, there is probable cause to believe that ALVAREZ, knowing he was an alien illegally and unlawfully in the U.S., knowingly possessed firearms in violation of Title 18 United States Code, Section 922(g)(5).

_____
NOEL N QUINONES JR
Digitally signed by NOEL N QUINONES JR
Date: 2025.10.23 08:55:35 -05'00'

Noel Quinones
Special Agent
Homeland Security Investigations

Subscribed and sworn to telephonically on __23rd__ day of October 2025.

_____
Richard B. Farrer
UNITED STATES MAGISTRATE JUDGE